713 A.2d 497

R.F. AND R.F., PLAINTIFFS–PETITIONERS, v. ABBOTT
LABORATORIES, DEFENDANT–RESPONDENT.

July 21, 1998.

Petition for certification is granted, and the matter is summarily
remanded to the Appellate Division for consideration of the non-
preemption issues raised by plaintiffs in their appeal and for
reconsideration of the preemption issue in the light of *Baird v.
American Medical Optics,* 155 *N.J.* 54, 713 *A.*2d 1019 (1998), and
the pertinent regulation of the FDA reported at 62 *Fed.Reg.* 65387
(1997) (to be codified at 21 *C.F.R.* pt. 808) (proposed December 12,
1997).